LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*

*Janus Global Operations, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OGE BROWNE,<br><br>            Plaintiff,<br><br>vs.<br><br>JANUS GLOBAL OPERATIONS, L.L.C.,<br>a Foreign Limited Liability Company,<br>DOES I-X; ROE CORPORATION I-X,<br><br>            Defendant. | Case No.: 2:19-cv-01645-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Oge Browne ("Plaintiff"), through his counsel HKM Employment Attorneys, LLP, and Defendant Janus Global Operations, LLC ("Defendant"), through its counsel Jackson Lewis P.C., that Defendant shall have up to and including Friday, October 28, 2019, in which to answer or otherwise respond to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1.      That Defendant's answer or response is currently due on October 11, 2019.

2.      That this is the first request for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint.

3.      That such an extension is necessary because defense counsel requires additional time to investigate facts that will allow for an informed response to the pending Complaint.

/ / /

1    4.    That this request is made in good faith and not for the purpose of delay.

2    5.    That nothing in this Stipulation, nor the fact of entering to the same, shall be

3  construed as waiving any claim and/or defense held by any party.

4    Dated this 9th day of October, 2019.

5  HKM EMPLOYMENT ATTORNEYS, LLP          JACKSON LEWIS P.C.

6

7  /s/ Jenny L. Foley_____          /s/ Lisa A. McClane_____
   JENNY L. FOLEY, ESQ.                           LISA A. MCCLANE, ESQ.
8  Nevada Bar No. 9017                            Nevada Bar No. 10139
   MARTA D. KURSHUMOVA, ESQ.                      JOSHUA A. SLIKER, ESQ.
9  Nevada Bar No. 14728                           Nevada Bar No. 12493
   1785 East Sahara, Suite 300                    300 S. Fourth Street, Ste. 900
10 Las Vegas, Nevada 89104                        Las Vegas, Nevada 89101

11 *Attorneys for Plaintiff*                       *Attorneys for Defendant*
   *Oge Browne*                                    *Janus Global Operations, LLC*
12

13

14                              **ORDER**

15                              IT IS SO ORDERED:

16

17

18                              _____
                                Daniel J. Albregts
19                              United States Magistrate Judge
                                Dated: October 16, 2019_____
20

21

22
   4853-1927-4921, v. 1
23

24

25

26

27

28