01645LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
E-Mail: lisa.mcclane@jacksonlewis.com
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Janus ESOP Holdings Inc.,*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OGE BROWNE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JANUS GLOBAL OPERATIONS, L.L.C., a Foreign Limited Liability Company, DOES I-X; ROE CORPORATION I-X.<br><br>　　　　Defendant. | Case No.: 2:19-cv-01645-JCM-DJA<br><br>**DEFENDANT JANUS ESOP HOLDINGS INC.'S CERTIFICATE OF INTERESTED PARTIES** |

　　　Defendant Janus ESOP Holdings Inc., misnamed in the caption as Janus Global Operations, LLC, by undersigned counsel of record and pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, certifies that the following may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal:

Janus ESOP Holdings Inc. is a wholly owned subsidiary of Caliburn International LLC. Caliburn is a wholly owned direct subsidiary of Caliburn Holdings LLC. No publicly traded company owns any material interest in Caliburn Holdings or any of its subsidiaries.

Dated this 29th day of October, 2019.

JACKSON LEWIS P.C.

*/s/ Lisa A. McClane*
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Janus ESOP Holdings, Inc.*

JACKSON LEWIS P.C.
LAS VEGAS

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 29th day of October, 2019, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **DEFENDANT JANUS ESOP HOLDINGS INC.'S CERTIFICATE OF INTERESTED PARTIES** properly addressed to the following:

Jenny L. Foley
jfoley@hkm.com
Marta D. Kurshumova
mkurshumova@hkm.com
HKM EMPLOYMENT ATTORNEYS, LLP
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 625-3893

*Attorneys for Plaintiff*
*Oge Browne*

/s/ Mayela McArthur
Employee of Jackson Lewis P.C

4812-5275-7930, v. 1