# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

OGE BROWNE,

    Plaintiff,

vs.

JANUS GLOBAL OPERATIONS, LLC,

    Defendants.

2:19-cv-01645-JCM-DJA

**ORDER**

Before the court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation (ECF NO. 16).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Request for Exception from Attendance at Early Neutral Evaluation (ECF NO. 16) must be filed on or before January 16, 2020. No reply necessary.

DATED this 10th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE