# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

OGE BROWNE,

    Plaintiff,

vs.

JANUS GLOBAL OPERATIONS, L.L.C.,
a Foreign Limited Liability Company,
DOES I-X; ROE CORPORATION I-X,

    Defendants.

2:19-cv-01645-JCM-DJA

**ORDER**

Before the court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation (ECF NO. 16).

Plaintiff filed a non-opposition to Defendant's Request for Exception from Attendance at Early Neutral Evaluation (ECF NO. 18).

Accordingly,

IT IS HEREBY ORDERED that Defendant's Request for Exception from Attendance at Early Neutral Evaluation (ECF NO. 16) is GRANTED. Defendant's insurance carrier representative must be available by telephone for the entire duration of the ENE.

DATED this 17th day of January, 2020.

                                                CAM FERENBACH
                                              UNITED STATES MAGISTRATE JUDGE