**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

OGE BROWNE, an Individual

Plaintiff,

vs.

JANUS GLOBAL OPERATIONS, L.L.C., a Foreign Limited Liability Company, DOES I -X; ROE CORPORATIONS I -X,

Defendants.

**CASE NO.: 2:19-cv-01645-JCM-DJA**

## STIPULATION AND ORDER TO EXTEND START TIME FOR EARLY NEUTRAL EVALUATION
### (FIRST REQUEST)

Plaintiff OGE BROWNE ("Plaintiff"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant JANUS GLOBAL OPERATIONS, L.L.C., ("Defendant"), by and through its attorney, JOSHUA A. SLIKER, ESQ., of JACKSON LEWIS P.C., hereby stipulate and agree as follows:

/ / /

/ / /

1.      That the current start time for the Early Neutral Evaluation set for Thursday – January 23, 2020 at 10:00 a.m. be delayed by two hours, making the new start time for Thursday – January 23, 2020 at 12:00 p.m.

2.      This extension of time request is made in good faith and not for purposes of delay. Plaintiff has requested the two-hour extension due to another hearing on an Anti-SLAPP Motion for another case starting at 9:30 a.m. on Thursday – January 23, 2020. Plaintiff can come straight to the Early Neutral Evaluation directly after the Anti-SLAPP Motion hearing.

3.      This is the first request to extend the start time for the Early Neutral Evaluation.

Dated this 21st day of January 2020.         Dated this 21st day of January 2020.

**HKM Employment Attorneys LLP**         **Jackson Lewis P.C.**

_/s/ Jenny L. Foley_                 _/s/ Joshua Sliker_
Jenny L. Foley, Esq.                 Joshua Sliker, Esq.
Nevada Bar No. 9017                 Nevada Bar No. 12493
1785 East Sahara Ave, Suite 300       300 S. Fourth Street, Suite 300
Las Vegas, Nevada 89104           Las Vegas, Nevada 89101
_Attorney for Plaintiff_               _Attorney for Defendant_

**IT IS SO ORDERED:**

IT IS HEREBY ORDERED that
the ENE will start at 12:00 PM,
January 23, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:      1-21-2020
_____